```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
KATHRYN MALEY,                            :
                                          :
              Plaintiff,                  :
                                          :     20 Civ. 2475 (JSR)
         -v-                              :
                                          :     ORDER OF PARTIAL
CAPITAL ONE BANK (USA), NAT'L ASSOC.      :         DISMISSAL
                                          :
              Defendant.                  :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    The parties in this case have informed the Court that they have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, only with respect to defendant Capital One Bank (USA), National Association, but with leave to either party to move within 60 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

_____
United States District Judge

Dated: New York, New York
       April 16, 2020