```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KATHRYN MALEY,                      :
                                    :
        Plaintiff,                  :
                                    :      20-cv-2475 (JSR)
        -v-                         :
                                    :      ORDER
CAPITAL ONE BANK (USA), NAT'L       :
ASS'N, et al.,                      :
                                    :
        Defendants.                 :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On September 14, 2020, plaintiff Kathryn Maley filed a Notice of Settlement, ECF No. 20, explaining that she and the last remaining defendant in this action, Equifax Information Services, LLC, "have reached an agreement in principle." Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if settlement is not fully effectuated.

SO ORDERED.

Dated:  New York, NY
        October 5, 2020                   _____
                                          JED S. RAKOFF, U.S.D.J.

1